■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND L. KASTENHUBER, Appellant. — Motion by assigned counsel to be relieved of assignment denied, without prejudice to renewal, if so advised, and counsel directed to file and serve record on appeal and brief and appendix in compliance with the guidelines set forth in *Anders v California* (386 US 738; see, also, *People v Gonzalez,* 47 NY2d 606; *People v Saunders,* 52 AD2d 833; *People v Crawford,* 71 AD2d 38), within 40 days from the date of this decision. Mahoney, P. J., Sweeney, Yesawich, Jr., Weiss and Levine, JJ., concur.